**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID YANOFSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 19-2290 (KBJ) |
| v. | ) |
| | ) |
| UNITED STATES | ) |
| DEPARTMENT OF COMMERCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF COMPLIANCE REGARDING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's General Order and Guidelines Applicable to FOIA Cases, Defendant hereby provides notice that it has sent to Plaintiff a copy of Defendant's motion for summary judgment and supporting materials.

Dated: December 6, 2019        Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Scott.Sroka@usdoj.gov