UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID YANOFSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 19-2290 (KBJ) |
| v. ) | |
| ) | |
| UNITED STATES ) | |
| DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF COMPLIANCE REGARDING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to this Court's General Order and Guidelines Applicable to FOIA Cases, Defendant hereby provides notice that it has sent to Plaintiff a copy of Defendant's reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment and supporting materials.

Dated: January 31, 2020

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Scott.Sroka@usdoj.gov