UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID YANOFSKY

        Plaintiff,

   v.

UNITED STATES DEPARTMENT
OF COMMERCE

        Defendant.

Civil Action No. 19-2290 (KBJ)

## UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE, AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant U.S. Department of Commerce, by and through undersigned counsel, hereby respectfully moves to extend by one week the "Final Filing Deadline" for the parties' cross motions.

1. On 11/6/2020, the Court issued a Minute Order setting a briefing schedule for the parties renewed motions for summary judgment, which set the "Final Filing Deadline" for the parties' cross-motions as 3/5/2021.

2. On or about 11/19/2020, the parties modified the Court's original briefing schedule, as permitted by Section 5(a)(i)(2) of the Court's Standing Order [ECF No. 6], to consist of the following deadlines:

   - Defendant's Motion for Summary Judgment – due 12/10/2020;
   - Plaintiff's Opposition and Cross-Motion for Summary Judgment – due 1/15/2021;
   - Defendant's Reply and Cross-Motion Opposition – due 2/5/2021; and
   - Plaintiff's Reply in support of his cross-motion for summary judgment – due 2/24/2021.
   - Final Filing Deadline – 3/5/2021

3.   At the time that the parties agreed to the modified schedule in November 2020, Defendant's counsel was unaware that she would need to be away from the office and traveling to deal with family matters from 1/25/2021 to 2/3/2021 and that she would be tasked with working on an emergency matter that required preparing a response to a motion for preliminary injunction during the week of her return to the office.  Accordingly, Defendant sought Plaintiff's consent to modify the briefing schedule to permit Defendant two additional weeks – up to 2/19/2021 – to file its combined Reply and Opposition.

4.   Recognizing that a two-week extension of time would not leave sufficient time for Plaintiff to prepare his Reply before the current Final Filing Deadline of 3/5/2021, the parties agreed to modify the schedule by one week, setting 2/12/2021 as the due date for Defendant's combined Opposition and Reply.

5.   It has become apparent that the one-week extension of time previously agreed upon will not be sufficient due primarily due to the fact that Defendant is still working to confirm information and finalize supplemental declarations in support of its combined Reply and Opposition.  Counsel cannot complete the briefing until this information is confirmed and the declarations are complete; then time will be needed for the briefing to undergo final review and approval within Defendant's office and the U.S. Attorney's Office.

6.   In light of Defendant's need for additional time and to ensure that Plaintiff is provided with the same amount of time to complete his Reply brief that he would have had if not for Defendant's extension, Defendant respectfully requests to modify the remaining briefing schedule to set the following deadlines:

- Defendant's Reply and Cross-Motion Opposition – due 2/12/2021; and
- Plaintiff's Reply in support of his cross-motion for summary judgment – due 3/11/2021.
- Final Filing Deadline – 3/12/2021

7.     Pursuant to Local Civil Rule 7(m), the parties have conferred, and Plaintiff does not oppose granting the relief requested in this motion.

8.     This is Defendant's first request for extension of this deadline.

9.     Granting this motion will not impact any other deadlines, as the Final Filing Deadline is the last deadline set in this matter.

For the foregoing reasons, Defendant respectfully requests that the Court grant this *Motion to Amend Briefing Schedule*.    A proposed order is attached.

Dated: February 10, 2021         Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ April Denise Seabrook*
      APRIL DENISE SEABROOK, D.C. Bar No. 993730
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      Telephone: 202-252-2525
      April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID YANOFSKY

        Plaintiff,

    v.

UNITED STATES DEPARTMENT
OF COMMERCE

        Defendant.

Civil Action No. 19-2290 (KBJ)

## ORDER

Upon consideration of the Defendant's *Unoppose Motion to Amend the Briefing Schedule*, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the briefing schedule shall be amended to set the Final Filing Deadline for the parties' cross-motions for summary judgment as March 12, 2021.

It is **SO ORDERED** this _____ day of _____, 2021.

_____
KETANJI BROWN JACKSON
UNITED STATES DISTRICT COURT JUDGE