UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| DAVID YANOFSKY, | |
| Plaintiff, | |
| v. | Civ. A. No. 19-2290 (KBJ) |
| U.S. DEPARTMENT OF COMMERCE, | |
| Defendant. | |

## **RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 56, Defendant U.S. Department of Commerce respectfully moves for summary judgment in its favor. In support of this motion, Defendant submits the attached memorandum of law, statement of material facts, and three declarations and the exhibits thereto. Also attached is a proposed order.

Dated: December 8, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:  /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar # 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

*COUNSEL FOR DEFENDANT*