UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID YANOFSKY, <br><br>  PLAINTIFF, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, <br><br>  DEFENDANT. | CIV. A. NO. 19-2290 (KBJ) |

**EXHIBIT LIST – RENEWED MOTION FOR SUMMARY JUDGMENT**

| Exh. | Description |  |
|---|---|---|
| A | First Declaration of Isabel Hill[1] | |
|  | 1 | CBP-ITA 2002 Memorandum of Understanding ("MOU") |
|  | 2 | Sept 2018 email re MOU |
|  | 3 | US Intl Air Travel Stats Program 2015 fees |
|  | 4 | Visitor Arrivals Program 2015 fees |
|  | 5 | Cover Letter to FOIA Response Production of June 5, 2018 |
|  | 6 | Referral from ITA to CBP for the I-94 Data |
|  | 7 | DOC-ITA-2016-000872 FOIAOnline Referral |
|  | 8 | DOC-ITA-2016-000872 Referral Memo |
|  | 9 | CBP Referral: CBP-2016-069878 |
|  | Appendices I-III | |
| B | Third Declaration of Isabel Hill (Director of NTTO) | |
| C | Declaration of Jeffrey Hall | |
| D | Declaration of Warren Hull (CIC Research) | |
| E | Plaintiff's FOIA Request | |
| F | September 16, 2019 Email from Plaintiff's Counsel Clarifying Request | |

---

[1] This declaration was originally filed as an exhibit to Defendant's Motion for Summary Judgment [ECF No. 17] filed on February 18, 2020.