# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID YANOFSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 1:19-cv-02290 (KBJ) |
| | ) |
| U.S. DEPARTMENT OF COMMERCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF ISABEL HILL

I, Isabel Hill, declare under penalty of perjury, that the following statements are true and correct to the best of my knowledge and belief:

1.    I am the Director of the National Travel and Tourism Office (NTTO), International Trade Administration (ITA), U.S. Department of Commerce (DOC, Commerce, or the Department).  I have held this position since 2013.

2.    My statement in this declaration is based on my personal knowledge, information provided to me by employees under my supervision, information obtained by me, and information contained in the records of NTTO.  I am personally familiar with Plaintiff's FOIA request at issue in this civil action.

3.    This Declaration is provided in support of Defendant's motion for summary judgment in this matter.

### The NTTO Statistical Program

4.    The function of the NTTO statistical program is to meet NTTO's legislative mandates to (1) collect, produce, and publish comprehensive international travel and tourism statistics and

other marketing information; (2) design, implement, and collect, produce, and publish international travel and tourism forecasting models; and (3) facilitate the reduction or elimination of barriers to international travel and tourism, as well as to comply with other departmental mandates undertaken by the Bureau of Economic Analysis to produce trade statistics.

5.     Specifically, NTTO develops reports on non-immigrant travel to the United States, which is defined as those who travel to the U.S. and stay for one night or more for leisure, business, or educational purposes, consistent with the international definition of travel and tourism by the United Nations World Tourism Organization (UNWTO).

6.     The travel statistics produced by NTTO are extracted from records provided by Customs and Border Protection (CBP) to Commerce or to NTTO's contractor under agreements that provide for data security requirements.  The data is anonymized to remove business proprietary information and personally identifiable information[1], and then aggregated.

7.     Revenues from any sale of reports and data files from the U.S. Travel and Tourism Statistical System are used exclusively to offset the costs of NTTO's Travel and Tourism Research Programs.

## I-92 Data and The U.S. International Air Travel Statistics Program

8.     The U.S. International Air Travel Statistics Program is a joint effort between CBP and NTTO to provide international air travel statistics data to the government and the travel industry. All carriers servicing the United States must transmit data from their automated flight manifests to CBP for each flight coming to or departing from the United States.  The information collected, known as I-92 Data because in the past the information was provided via a paper form titled the I-92 Form, provides non-stop point-to-point air traffic totals between the United States and all

---

[1] Personally identifiable information includes information that, if disclosed, could become personally identifiable when paired with other public information.

other countries and between U.S. and foreign airports. This data provides information on air service passenger traffic, and total travel. It does not segment travelers according to the international definitions of travel and tourism but does provide an indicator of air capacity.

9.    CBP provides I-92 Data directly to ITA through a secure transmittal process, in accordance with CBP and ITA policies governing the protection of data, including federal security and privacy laws and regulations. With respect to the relevant time period of Plaintiff's FOIA request (2011-2015), I-92 Data for the U.S. International Air Travel Statistics Program was transmitted in accordance with the 2002 Memorandum of Understanding between ITA and the Immigration and Naturalization Service (now CBP) ("2002 CBP-ITA MOU"), which addresses the protection of sensitive information. *See* Exhibit 1, 2002 CBP-ITA MOU.[2] By oral agreement, CBP and ITA have continued to operate under this MOU since its expiration.  *See* Exhibit 2, Email Correspondence dated September 2018. The data also was transmitted in accordance with Interconnection Security Agreements (ISAs) dated November 2010 and January 2014.

10.    Within ITA, the I-92 Data is received by the Office of the Chief Information Officer (OCIO) of ITA, which converts the data into a format that can be used by NTTO via SQL. The I-92 Data that CBP sends to ITA is owned by CBP. Processed data (see below) is owned by NTTO and can be purchased from NTTO.

11.    Once it receives converted I-92 Data from the OCIO of ITA, NTTO does the following:

- **Executes SQL programmed routines** which processes and Aggregates the CBP data, including by anonymizing it to ensure that business proprietary information is not disclosed (I-92 Data does not contain personally identifiable information), and

---

[2] Exhibit 1 consists of the final version of the MOU, but NTTO was unable to locate the copy that contains signatures of all parties to the agreement.

aggregating daily statistics to monthly figures. NTTO uses this anonymized and aggregated data to create seven tables of information for each time period (monthly, quarterly, annually), each with different parameters. Table Ia, for example, contains data on passenger travel to the United States from foreign countries, with distribution based on scheduled and chartered operation of incoming flights to the United States. Descriptions of the other tables are listed in Appendix I to this declaration.

- **Publishes on NTTO's Website summary monthly totals** of U.S. citizen travel to international regions.

- **Prepares Standardized Reports** known as the *U.S. International Air Travel Statistics Report* to clients. These reports are sold in PDF format (also referred to as "printfile" on NTTO's website) and in Excel format. Each report contains the seven tables referenced above and detailed in Appendix I.

- **Prepares Customized Data Files** for any client that has paid to have NTTO prepare data in a file format not ordinarily used by Commerce, such as SAS or STATA. As can be seen on the 2015 fees website (*see* Exhibit 3), NTTO is willing to prepare two types of Customized Data Files: "Data Files, for internal use only," and "Data Files, for resale."[3] The client defines the data parameters (timeframe, ports of entry, etc.)[4] and supplies information about the data formatting of the file so that the data can be directly loaded onto the client's internal computer systems and have it work with the client's software programs.[5]

---

[3] No "Data Files, for resale" have actually been sold since 2004.

[4] A Customized Data File could provide the date of individual flights, which is aggregated in the Standardized Report. A client could also request a Customized Data File containing its own business proprietary information that NTTO does not otherwise disclose.

[5] NTTO considers both the parameters requested by the client, as well as the data format that the client uses internally in its business (but which it must disclose to ITA's OCIO in order to purchase a Customized Data File) to

12.   The cost of Standardized Reports and Customized Data Files sold by NTTO with respect to the U.S. International Air Statistics Program as of 2015 are posted on NTTO's website (*see* Exhibit 3) and are included in Appendix I of this Declaration.  Producing Customized Data Files requires a significantly higher level of effort than producing Standardized Reports, including payment to a contractor to compile and program the data, as well as NTTO work on reviewing data format information provided by the client and preparing data format documentation for the contractor, and is therefore sold at a significantly higher cost.

13.   As one example, on the website, the "Annual Report (printfile & Excel)" cost $1,990 in 2015, and the "Data Files, for internal use only" cost $23,745 for the same year.  *See* Exhibit 3, NTTO Website: I-92 Data for 2015. The reason for the difference in price is because the "Annual Report (printfile & Excel)" is a Standardized Report, whereas the "Data Files, for internal use only" is a Customized Data File.  With respect to the Customized Data File, NTTO must work with a contractor to prepare the data with the parameters requested by the client and in the format requested by the client. Because of the involvement of a contractor, and because such work involves a time-consuming process that requires additional work effort, including preparing data interpretation documentation, the Customized Data File costs the client more than the Standardized Report.

### I-94 Data and the Visitor Arrivals Program

14.   The Visitor Arrivals Program is a joint effort between CBP and NTTO to provide travel statistics data for use by the government and the travel industry. In keeping with the international definition of travel and tourism by the UNWTO, CBP's I-94 Data is NTTO's source of visitor volume from overseas (all travel modes) and Mexico (air and sea only). In order to report 'total international' visitor arrivals based on UNWTO guidelines, NTTO also collects Canadian

---

be business proprietary information.

arrivals data (all travel modes) from Statistics Canada and Mexico arrivals data (all travel modes) from Instituto Nacional de Estadistica y Geografia (INEGI).

15. CBP securely transmits records directly to NTTO's contractor. With respect to the relevant time period of Plaintiff's FOIA request (2011-2015), NTTO's contractor was CIC Research, Inc. During this time period, I-94 Data was transmitted in accordance with the 2002 CBP-ITA MOU, which addresses the protection of sensitive information, as discussed above. *See* Exhibit 1, 2002 CBP-ITA MOU.

16. NTTO's contractor extracts, aggregates, and anonymizes data relevant to travel and tourism, as defined by the UNWTO.  Processing also includes removing duplicate records and creating the summary tables of monthly data that are found in NTTO's *Summary of International Travel to the United States* report.

17. NTTO's contractor sends these summary tables to NTTO in Excel and PDF formats. The only files NTTO receives from its contractor with respect to the Visitor Arrivals Program are these PDF and Excel summary tables. The I-94 Data is owned by CBP.  Processed data is owned by NTTO and can be purchased by clients from NTTO.

18. Once NTTO receives the summary tables from its contractor, NTTO does the following:

- **Prepares and Publishes to its Website summary arrivals data**, including monthly, quarterly, and annual arrivals data on select high-volume markets (top 50 countries and top 40 ports of entry), which are sorted by other criteria (country of origin, region, etc.).

- **Prepares Standardized Reports**, known as the *Summary of International Travel to the United States* report, which contain the summary tables discussed above of international visitor arrivals statistics by world region and select countries (including top 20 countries), type of travel and tourism visa (business, pleasure, student), mode of

transportation, age groups, states visited (first intended address only), and the top ports

of entry (for select countries). These reports are sold in PDF format (also referred to as

"printfile" on NTTO's website) and in Excel format.

- **Prepares Customized Reports and Data Files** for any client that has paid to have

  NTTO prepare a Customized Report or Customized Data File.

  o A Customized Report reflects data parameters selected by the client (timeframe,

    ports of entry, etc.)[6] in either PDF or Excel format. The client works directly with

    NTTO's contractor to create the Customized Report, and provides specifications of

    the parameters and format desired directly to NTTO's contractor.

  o A Customized Data File is based on parameters defined by the client (timeframe,

    ports of entry, etc.) in a format that can be loaded directly onto the client's

    computer systems, such as SAS or STATA or a proprietary format of the client.

    Clients purchasing Customized Data Files work directly with the NTTO contractor

    to specify the parameters and file format desired.[7]

19. Producing Customized Data Files requires a significantly higher level of effort than

producing Standardized Reports, as well as payment to the NTTO contractor to compile and

program the data and provide data interpretation documentation. Customized Data Files are

therefore sold at a significantly higher cost.

20. As one example, the "Annual Issue (printfile & Excel)" cost $1,650 in 2015, and the

"Annual datafile" cost $13,820 for the same year. *See* Exhibit 4, NTTO Website: I-94 Data for

2015. The difference in price is because the "Annual Issue (printfile & Excel)" is a Standardized

---

[6] NTTO considers the parameters requested by the client to be business proprietary information.
[7] NTTO considers both the parameters requested by the client and the format of the data requested by the client to be business proprietary information.

Report, whereas the "Annual datafile" is a Customized Data File.  In order to obtain the "Annual datafile," the client must work directly with NTTO's contractor and provide specifications of the data parameters and data format desired. Because of the involvement of the contractor, and because such work involves a time-consuming process that requires additional work effort, including providing data interpretation documentation, the "Annual datafile" costs the client more than the Standardized Report.

### DOC Produced to Plaintiff All NTTO's Statistical Information from 2011-2015 for the U.S. International Air Traveler Statistics Program and the Visitor Arrivals Program (Derived from I-92 Data and I-94 Data Respectively)

21.   On March 28, 2016, Plaintiff David Yanofsky sent a letter to DOC, which was interpreted as a FOIA request (the "Request"), seeking records derived from I-92 and I-94 Data. Specifically, Plaintiff sought:

> access to and copies of OTTI's[8] "Air Arrivals I-94 Annual Datafile" from 2015, 2014, 2013, 2012 and 2011 and its associated technical documentation [and] . . . access to and copies of OTTI's "U.S. International Air Travel Statistics Report (APIS/I-92) Data Files" for 2015, 2014, 2013, 2012 and 2011 and its associated technical documentation.

22.   On March 30, 2016, ITA FOIA Officer Justin Guz sent a letter to Plaintiff stating that the records sought were being withheld under 5 U.S.C. § 552(a)(4)(A)(vi), which provides that FOIA fees are superseded by "fees chargeable under a statute specifically providing for setting the level of fees for particular types of records." The relevant statute cited was the Special Works Statute, 15 U.S.C. § 1525.

23.   On March 31, 2016, Plaintiff's counsel submitted a letter appealing ITA's decision on the Request.

24.   Plaintiff brought suit before the appeal was responded to. In its Motion for Summary

---

[8] By "OTTI", Plaintiff was apparently referring to the National Travel and Tourism Office of ITA, which prior to 2014 was called the Office of Travel and Tourism Industries.

Judgment, DOC argued that the relevant fee displacement statute was not the Special Works

Statute, but the Mutual Educational and Cultural Exchange Act of 1961 ("MECEA"), 22 U.S.C.

§ 2451, et seq., in conjunction with the Consolidated Appropriations Act of 2016 ("CAA of

2016"), Pub L. No. 114-113, § 9(B), 129 Stat. 2242, 2287 (2015).

25.   This Court ruled on March 30, 2018, that MECEA and the CAA of 2016 did not

displace the standard FOIA fee-setting provisions for the records at issue in Plaintiff's request,

and remanded the request to DOC to recalculate the fees applicable to Yanofsky's FOIA request

in light of the court's decision.

26.   In light of the Court's decision, ITA decided to discretionarily waive all FOIA fees

applicable to the request and process all non-exempt documents responsive to Yanofsky's

request pursuant to standard FOIA procedures.

27.   Consequently, in response to Plaintiff's FOIA request, on June 5, 2018, NTTO produced

to Plaintiff the responsive records that originated with NTTO/ITA/DOC. Appendix III provides a

complete list of the files given to Plaintiff, without charge.

28.   The cover letter to this production, which was sent by an ITA FOIA Officer, is attached

as Exhibit 5. The letter reflects that on June 5, 2018, an ITA FOIA Officer sent Plaintiff two zip

files via the Accellion file sharing software. The files were titled "I-92 zip," which contained 35

Excel spreadsheets, and "I-94 zip," which contained five Excel spreadsheets.

29.   The 35 Excel files related to the U.S. International Air Traveler Statistics Program

produced to Plaintiff on June 5, 2018 include seven Excel spreadsheets for each of the five years

of data requested by Plaintiff.  Each Excel file is a Standardized Report, known as the *U.S.

International Air Travel Statistics Report*, as described above.  As also explained above, and as

detailed in Appendix I below, each year of I-92 Data consists of a set of seven tables, each

reflecting different parameters. NTTO has produced all seven tables for each year of data requested by Plaintiff, with each table presented in a separate file. The files produced contain cumulative information throughout each year, so no other Standardized Reports exist which contain additional information responsive to Plaintiff's request.

30.  The five Excel files related to the Visitor Arrivals Program produced to Plaintiff on June 5, 2018 include one Excel file for each of the five years of data requested by Plaintiff.  Each Excel file contains the annual report tables NTTO received from its contractor, which make up the Standardized Report known as the *Summary of International Travel to the United States* report, as described above.

31.  As is standard in FOIA, when documents that originated from another agency are located within an agency's records and are responsive to a FOIA request, such documents are referred to the originating agency with instructions to process them in light of FOIA and provide a response directly to the requester. This permits the originating agency to assess whether any FOIA exemptions apply to the records in question, as that agency is best situated to evaluate whether certain exemptions apply.

32.  In addition to the I-94 Standardized Reports that the contractor transmitted to NTTO, the cover letter to DOC's production (Exhibit 5) explains that ITA had confirmed that its contractor had retained discs of the I-94 Data that CBP had transmitted to the contractor. Pursuant to FOIA, ITA was referring to CBP the data provided by CBP to the contractor, with directions to process the data and provide a direct response to the requester. The referral from ITA to CBP for the I-94 Data, dated June 20, 2018, is attached as Exhibit 6.

33.  NTTO further directed its contractor to return the discs of data received from CBP back to CBP, in order to facilitate the responsiveness of CBP to Plaintiff's FOIA request.

34.   CBP received the referral for the I-94 Data and the physical disks containing the I-94

Data that CBP had originally sent to ITA's contractor, and assigned the referred FOIA request

tracking number CBP-2016-069876. A copy of the record in FOIAOnline indicating CBP's

tracking number is attached as Exhibit 7.

35.   In November 2018, upon reviewing all responsive records in light of Plaintiff's Motion

to Enforce Judgement, ITA realized that only I-94 Data had been referred to CBP, and not I-92

Data. To rectify the situation, on December 14, 2018, ITA referred I-92 Data from 2011-2015 to

CBP, with directions to provide a response directly to the requester. A copy of the referral is

attached as Exhibit 8.

36.   CBP received the referral for the I-92 Data and assigned the referred FOIA request

tracking number CBP-2016-069878. *See* Exhibit 9; *see also* Exhibit 7.

37.   In addition, through communication with a FOIA Officer for CBP in April and May of

2018, NTTO learned that Plaintiff had a long-outstanding request with CBP covering I-92 Data

and I-94 Data for 2011-2015.

38.   As of December 5, 2019, CBP informed ITA that the referred requests CBP-2016-

069876 and -069878 were still open.

39.   NTTO has provided the statistical reports derived from I-92 Data and I-94 Data for the

years 2011 to 2015 that originated with NTTO. NTTO cannot provide a human-readable copy of

I-92 and I-94 Data for the years requested, as such records have not been created.  In order to

create such a data file, NTTO would need to obtain the services of a contractor to create the data

file reflecting specified parameters in a file format specified by Plaintiff, and for such a data file

to be useful the contractor would need to be paid to create documentation for data interpretation,

as happens when clients of NTTO pay for Customized Data Files. Furthermore, as the data

originated with CBP, CBP is in a better position to ascertain whether any mandatory or
discretionary exemptions pursuant to FOIA apply to the data, which would counsel withholding
from disclosure portions of the data.

40. Customized Data Files that have been created for clients during the years 2011 to 2015
reflect the parameters requested by the client, which NTTO considers business proprietary
information.

41. The number of Customized Data Files created and sold to clients between 2011 and
2015 for the Visitor Arrivals Program is zero.

42. The number of Customized Data Files created and sold to clients between 2011 and
2015 for the U.S. International Air Traveler Statistics Program is three.


I declare under the penalty of perjury that the foregoing is true and accurate to the best of my
knowledge and belief. Executed on this 6th day of December 2019.

Isabel Hill
Director, National Travel and Tourism Office

# Exhibit 1

## MEMORANDUM OF UNDERSTANDING BETWEEN
## THE U.S. IMMIGRATION AND NATURALIZATION SERVICE
## AND THE U.S. DEPARTMENT OF COMMERCE

The U.S. Immigration and Naturalization Service ("INS") and the U.S. Department of Commerce ("DOC"), in order to advance the goals of the U.S. Government with respect to accounting for the arrival of non-immigrants in the United States, hereby enter into the following Memorandum of Understanding ("MOU").

This agreement addresses the sharing of Form I-94 data and the Form I-92 data each of which is collected by the INS and used by the DOC for the express purposes as set forth herein.

1.   **Background**

   A.  The DOC has used the Form I-94 arrival data since 1960 and Form I-92 data since 1975 for the express purpose of calculating monthly, quarterly, and annual calendar year total, world region, and country specific international travel figures and to calculate the monthly and quarterly estimates of international travel and passenger fare exports used in the balance of trade for the United States and ultimately is factored into the calculation of the Gross Domestic Product (GDP). The data is also used to develop estimates for travel and passenger fare imports for the United States to allow for the balance of trade to be determined for travel and passenger fares for the United States and selected world regions and countries.   These data serve as the official U.S. government source of international travel estimates on travel to and from the United States.  They serve as the basis for reporting the number and impact of international non-resident arrivals visiting the United States and the number of U.S. citizens traveling abroad.  These two databases are the only U.S. government source for this information.  DOC currently receives the monthly data three months after the reported month to allow for late records to be processed so that DOC has a complete reporting of arrivals to the United States.

   B.  The DOC and travel industry heavily depend upon the Form I-92 and Form I-94 data to define the size and scope of the international travel market to and from the United States. The data is critical to define the size and scope of international travel to and from the United States.

   C.  The Form I-94 data is also used in DOC's In-Flight Survey program to weight the survey data to the total travel population.  It is also used to develop a forecast for arrivals to the United States.  The arrival data is used in determining the economic impact of international travel on state economies.  The arrival data also comprises part of the Travel and Tourism Satellite Accounts Program.  None of these programs could exist if DOC did not obtain the arrival data from the INS.

D. None of the information INS provides to DOC is to be released in any form identifiable to any individuals.  Upon collection and processing of statistical information, the DOC releases the following types of information: the number of arrivals into the United States; the total number of travelers using business, pleasure, and student visas; estimates on the number of individuals arriving by air, land, and sea; and age group data falling under selected categories, including the destination and port-of-entry at the time of arrival.  No other data is ever released.

2.    **Authority**

A. DOC is mandated to provide arrival and departure data to the United States government and private industry pursuant to the National Tourism Organization Act of 1996, Public Law 104-288 - October 11, 1996.  In addition the Bureau of Economic Analysis (BEA) uses Form I-92 and I-94 data for its use in calculating the travel and passenger fare exports and imports for the country.  BEA is authorized to collect this information pursuant to section 8 of the Bretton Woods Agreements Act of 1945 (Public Law 79-171 as implemented by Executive Order Number 10033).

B. Pursuant to 5 U.S.C. 552a(b)(5), the INS is authorized to disclose this data to DOC upon advanced adequate written assurances that the data will be used solely as a statistical research or reporting record, and that the record will be transferred in a form that is not individually identifiable.

3.    **Purpose**

The purpose of this MOU is to provide such written notice and to provide a mechanism for the sharing of information contained in the INS systems of records known as Non-Immigrant Information Systems (NIIS) and Form I-92 data with DOC for the express and limited purposes identified herein.

4.    **Responsibilities**

A. To advance the purposes of this MOU, INS shall:

1. Provide daily data files on a monthly basis collected in the NIIS system to the DOC upon the establishment of a technical process that ensures secure and appropriate data transfer.  Both arrivals and departure records will be delivered in a similar manner.  Data element to be transferred are as follows:
   - COUNTRY-OF-CITIZENSHIP
   - COUNTRY-OF-RESIDENCE
   - VISA-ISSUING-POST-CODE
   - PORT-OF-ENTRY-CODE

- DATE-OF-ADMISSION
- MODE-OF-TRAVEL
- CLASS-OF-ADMISSION
- OCCUPATION
- INTENDED-STATE-ADDRESS
- ENTRY-DEPARTURE-STATUS-A
- ENTRY-DEPARTURE-STATUS-D
- ENTRY-DEPARTURE-STATUS-U
- DATE-OF-DEPARTURE
- PORT-OF-DEPARTURE
- YEAR-OF-BIRTH
- DATE-ADMITTED-TO
- GENDER
- ARRIVAL-CARRIER
- ARRIVAL-ADMISSION-NUMBER
- ARRIVAL-FLIGHT-NUMBER

2. Transmit Form I-92 data DOC on a monthly basis;
3. Work with DOC to develop technical details to transfer the data securely;
4. Keep DOC informed, through the INS Office of Statistics, of any intended changes to the program, including table codes;
5. Work with DOC to enhance data quality;
6. Begin extracting and transferring data upon notification that we intend to continue this MOU each year.

B. To advance the purposes of this MOU, DOC shall:

1. Use this information solely as a statistical research or reporting tool, and accept transfer of this record in a form that is not individually identifiable to any particular persons;
2. Provide the monthly Official Airlines Guide data to INS' contractor for the Form I-92 to be used for the processing of the I-92;
3. Coordinate with INS on the data quality issues by reporting unknown airport and country codes, stateless records, duplicate records, or other inconsistencies found in either data base as we have been doing since 1996;
4. Implement this effort in strict accordance with INS requirements for audit, security, and accountability;
5. Serve on any inter-agency committee related to the two databases and provide input on how to improve the data and use of the information by government and private industry;
6. Support INS when it needs to obtain an OMB clearance with either form;

**5.    Policy Coordination**

The INS and DOC shall meet bi-annually to review the MOU and address any need to amend the MOU.  In addition, the meeting will be used to discuss any other issues related to the program.

**6.    Information, Reports, and Records**

A.  Each party shall protect sensitive information received from the other to no less a degree than that afforded to its own sensitive information.  Sensitive information for this purpose, includes, but is not limited to, information that may reveal confidential source identity, investigative techniques or methods, or that might impede the conduct of an investigation if publicly revealed.  Nothing in this agreement shall be construed to require the disclosure of information, which, in either party's judgment, might compromise, classified or sensitive sources, methods, or techniques or that the party processing the information does not have permission or authority to share.  Information provided by one party to the other pursuant to this MOU may not be used in any legal proceedings without the prior authorization of the providing party

B.  Records and reports made in furtherance of this MOU shall be prepared and classified in accordance with the record-keeping requirements and procedures of the originating party and the identity of the originating party shall be clearly indicated on each such record or report.

**7.    Costs**

Each party shall be responsible for costs they incur as a result of this MOU.

**8.    Points of Contact**

A.  INS point of contact for questions concerning this MOU is the INS Assistant Commissioner for Inspections, phone 202-514-3019.

B.  The DOC point of contact for questions concerning this MOU is Ron Erdmann in the DOC Office of Travel and Tourism Industries, phone 202-486-4554.

**9.    Non-Parties**

This MOU is strictly a matter between, and governs the conduct of, the parties.  It creates no rights, benefits, privileges, or causes of action for, or on behalf of, any individual or other entity.

**10. Modifications and Termination**

A. Changes to this MOU may be proposed at any time by either party and will become effective when agreed upon in writing by both parties.

B. This MOU may be terminated by either party upon 30 days written notice.

## 11.    Effective Date

This MOU shall be effective upon signature by both parties and shall terminate, unless extended by virtue of written agreement, five years from the effective date.


_____           _____

Peter Michael Becraft                                    Linda M. Conlin
Deputy Commissioner                                   Assistant Secretary for Trade Development
Immigration and Naturalization Service        Department of Commerce


_____           _____

Date                                                             Date

# Exhibit 2

| | |
|---|---|
| **From:** | Claudia Wolfe |
| **To:** | "MENDAT, DANIEL C" |
| **Cc:** | QUEIOR, MATTHEW; Richard Champley |
| **Subject:** | RE: Data sharing agreement |
| **Date:** | Tuesday, September 11, 2018 1:30:00 PM |
| **Attachments:** | mou doc final.DOC |

Hello Mr. Mendat.

Thank you for your follow-up.

I have a date of September 9, 2002 as an implementation date for the attached MOU.  I understand that this MOU was 'verbally' extended in late 2007 and again in 2012.  NTTO initiated the new draft in 2016, anticipating the end of another 5 year term.  In good faith we have work to adhere to all terms outlined in the September 2002 MOU.

Best regards.

Respectfully,

*Claudia C. Wolfe*

National Travel and Tourism Office (NTTO)
202.482.4555

Out of Office Schedule:
October 4-8, 2018
October 19, 2018 and October 26, 2018
_____

**Claudia C. Wolfe**
email**: claudia.wolfe@trade.gov**
Ph: 202.482.4555 | Fax: 202.482.2887
**Industry and Analysis (I&A)**
**National Travel and Tourism Office (NTTO)**
U.S. Department of Commerce | HCHB Room 11004
1401 Constitution Avenue NW | Washington, DC 20230
Web Site: **http://travel.trade.gov/**

---

**From:** MENDAT, DANIEL C <DANIEL.C.MENDAT@cbp.dhs.gov>
**Sent:** Tuesday, September 11, 2018 1:17 PM
**To:** Claudia Wolfe <Claudia.Wolfe@trade.gov>
**Cc:** QUEIOR, MATTHEW <matthew.d.queior@cbp.dhs.gov>; Richard Champley <Richard.Champley@trade.gov>
**Subject:** RE: Data sharing agreement

Thank you very much for looking into this Claudia. We were aware of the draft MOU from 2016 that was never finalized, but nobody we talked to had a record of the other one you attached. Would you

happen to know when this was signed by both parties (I completely understand if you don't, as it was a long time ago)? Furthermore, do you know if the original MOU was ever extended? It says the MOU would only be effective for five years unless extended by written agreement, so I'm just trying to determine if this is still technically in effect or not. Thanks again Claudia!

Dan

Daniel Mendat
CBP Officer / Program Manager
Traveler Compliance Division – ADIS
Planning, Program Analysis and Evaluation
U.S. Customs and Border Protection
U.S. Department of Homeland Security
Office: 202-344-1944
Cell: 202-549-3554

---

**From:** Claudia Wolfe <Claudia.Wolfe@trade.gov>
**Sent:** Tuesday, September 11, 2018 1:05 PM
**To:** MENDAT, DANIEL C <DANIEL.C.MENDAT@cbp.dhs.gov>
**Cc:** QUEIOR, MATTHEW <matthew.d.queior@cbp.dhs.gov>; Richard Champley <Richard.Champley@trade.gov>
**Subject:** RE: Data sharing agreement

Hello Mr. Mendat.

Richard Champley shared the attached MOU with Kelly Hess when she was our liaison for the I-94 arrivals program [mou doc final.DOC].  This MOU was approved by both the Department of Commerce and the U.S. Immigration and Naturalization Service and officially put in place in the early 2000's.  At the time, Kelly relayed to Richard that this MOU was adequate.

NTTO did update this MOU in 2016.  This draft (also attached) was cleared by the Department of Commerce's Senior Counsel Britt Emry Carlson.  I sent to this updated MOU to Kelly Hess and Suzanne Shepherd on January 17, 2017 for CBP's review and clearance.  But CBP was not able to complete their review.  This draft MOU was never enforced.  Kelly Hess led this process.

I hope this information is helpful.  Thank you.

Best regards.

Respectfully,

*Claudia C. Wolfe*
National Travel and Tourism Office (NTTO)
202.482.4555

Out of Office Schedule:

October 4-8, 2018
October 19, 2018 and October 26, 2018
_____

**Claudia C. Wolfe**
email**: claudia.wolfe@trade.gov**
Ph: 202.482.4555 | Fax: 202.482.2887
**Industry and Analysis (I&A)**
**National Travel and Tourism Office (NTTO)**
U.S. Department of Commerce | HCHB Room 11004
1401 Constitution Avenue NW | Washington, DC 20230
Web Site: **http://travel.trade.gov/**

**From:** MENDAT, DANIEL C <DANIEL.C.MENDAT@cbp.dhs.gov>
**Sent:** Tuesday, September 11, 2018 11:25 AM
**To:** Claudia Wolfe <Claudia.Wolfe@trade.gov>
**Cc:** QUEIOR, MATTHEW <matthew.d.queior@cbp.dhs.gov>
**Subject:** Data sharing agreement

Good Morning Claudia,

As we progressed the technical solution involving ADIS, we became aware that there is no existing agreement for sharing this data with Commerce. To address concerns by the CBP Offices of Privacy and Chief Counsel, we'd like to verify one last time that Commerce doesn't have a record of any previous MOA or MOU between CBP (or even INS/DOJ) and Commerce regarding the sharing of data. ADIS double-checked with our OIT team, as well as our Offices of Privacy and Chief Counsel, and no one is aware of a historical agreement. We would like to begin drafting an MOA as soon as possible, so if you can verify on your end that there is no formal agreement in place, we can get started on the MOA right away. Thank you Claudia.

Dan

Daniel Mendat
CBP Officer / Program Manager
Traveler Compliance Division – ADIS
Planning, Program Analysis and Evaluation
U.S. Customs and Border Protection
U.S. Department of Homeland Security
Office: 202-344-1944
Cell: 202-549-3554

# Exhibit 3

**U.S. International Air Travel Statistics (I-92 data) Program**

**Location:** Market Analysis: U.S. International Air Travel Statistics (I-92 data)

**Historical Publications** ▶ Current | **2015** | 2014 | 2013 | 2012 | 2011 | 2008-10 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1995-98 | 1990-94

**U.S. International Air Travel Statistics Report (APIS/I-92)** [1]

| 2015 Publications and Prices | Single Issue | Annual Price |
|---|---|---|
| | | |
| Monthly Reports (printfile) | $170 | $1,900 |
| Monthly Reports (printfile & Excel) | $250 | $2,840 |
| | | |
| Quarterly Reports (printfile) | $455 | $1,710 |
| Quarterly Reports (printfile & Excel) | $675 | $2,560 |
| | | |
| Annual Report (printfile) | | $1,330 |
| Annual Report (printfile & Excel) | | $1,990 |
| | | |
| Combinations (20% Discount) | # Reports | |
| Monthly, Quarterly and Annual Reports (printfile) | 17 | $3,950 |
| Monthly, Quarterly and Annual Reports (printfile & Excel) | 17 | $5,910 |
| | | |
| Monthly and Annual Reports (printfile) | 13 | $2,580 |
| Monthly and Annual Reports (printfile & Excel) | 13 | $3,860 |
| | | |
| Quarterly and Annual Reports (printfile) | 5 | $2,430 |
| Quarterly and Annual Reports (printfile & Excel) | 5 | $3,635 |
| | | |
| Data Files, for internal use only | 12 | $23,745 |
| Data Files, for resale | | Contact NTTO |

To order any of the above reports, please click here.

[1] U.S. International Air Travel Statistics Report is based on the Advance Passenger Information System (APIS) obtained from the Department of Homeland Security, U.S. Customs & Border Protection. Replaced the legacy paper based I-92.

Reports present the following:
- Non-stop passenger (including crew and non-revs) air traffic between U.S. and foreign ports/gateways
- Arrivals and departures by country and ports of embarkation and debarkation
- U.S. citizens and non-U.S. citizens; U.S. and foreign flag totals; Scheduled and chartered traffic
- Includes all international (overseas, Mexico and Canada)

Note: Non-stop air traffic is segment data and does not necessarily reflect total 'visitation' between the U.S. and a foreign country.
For visitation estimates please see Survey of International Air Travelers here.

# Exhibit 4

# ITA
# NATIONAL TRAVEL & TOURISM OFFICE

NTTO Home

**About NTTO**

Overview
Tourism Policy
Industry Analysis
Export Assistance

**Latest Statistics/Outreach**

Inbound Travel To the U.S.
Outbound Travel From the U.S.

**Research Programs**

Survey of Intl. Air Travelers
Monthly Statistics

**Travel Industry News**

Subscribe For Free
Archive
Common Uses
Unsubscribe

**Catalog**

Your Orders

**Links**

**Ask NTTO**

## Visitor Arrivals Program (I-94 Record)

Location: Market Analysis : Visitor Arrivals Program (I-94 Record) : Current Publications

View: **2015** | 2014 | 2013 | 2012 | 2011 | 2008-10 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999-96 | 1995-92

| *Summary of International Travel to the United States* | |
|---|---|
| **2015 Publications** | **Annual Price** |
| Monthly[1] Subscription (printfile) | $1,150.00 |
| Monthly[1] Subscription (printfile & Excel) | $2,020.00 |
| | |
| Quarterly[2] Subscription (printfile) | $960.00 |
| Quarterly[2] Subscription (printfile & Excel) | $1,770.00 |
| | |
| Annual[3] Issue (printfile) | $690.00 |
| Annual[3] Issue (printfile & Excel) | $1,220.00 |
| | |
| Combined 2014 & 2015 | |
| Monthly[1] Subscription (printfile) | $1,740.00 |
| Monthly[1] Subscription (printfile & Excel) | $3,070.00 |
| | |
| Quarterly[2] Subscription (printfile) | $1,450.00 |
| Quarterly[2] Subscription (printfile & Excel) | $2,610.00 |
| | |
| Annual[3] Issue (printfile) | $940.00 |
| Annual[3] Issue (printfile & Excel) | $1,650.00 |

**These data files are for the purchaser's use only. Re-sale arrangements must be made through the National Travel and Tourism Office (NTTO).**

| *Air Arrivals I-94 Database (Detail Arrival Records)* | |
|---|---|
| **2015 Publications** | **Annual Price** |
| Annual datafile | $13,820.00 |
| Quarterly datafile *(For Internal use only)* | $15,510.00 |

| *Custom Reports (to your specs) and Trend Data* | |
|---|---|
| **2015 Publications** | **Annual Price** |
| Available in print, excel and adobe format. | Call for Quote |

Each report contains international visitor arrival statistics by world regions and select countries (including top 20), type of visa, mode of transportation, age groups, states visited (first intended address only), and the top ports of entry (for select countries).
Data sources include: Overseas DHS/CBP I-94 Program data; Canadian visitation data (Stats Canada) and Mexican visitation data (Banco de Mexico).

(1) Monthly subscription provides twelve monthly reports-the current month and year-to-date.

(2) Quarterly subscription provides a series of four publications (March, June, September and December) which highlight the month and year-to-date.

(3) Annual report provides one report with the December and final annual visitor arrival figures.

---

Please use the NTTO Publications Order form to place your order.

Before you go to the order form, please note and use the item description, item # and price above and insert it into the NTTO Publication Order form. Then, to complete your order, please enter the other required information on the form.

There are two ways to order NTTO publications:

1. Print the PDF form, complete it and fax to : 202-482-2887
2. Save the fillable PDF form to your computer, type directly to the form and e-mail your order form to ntto@trade.gov.

Questions? Please e-mail us at ntto@trade.gov or fax us at (202) 482-2887.There are two ways to order NTTO publications:

Thank you for your support of NTTO's programs.

# Exhibit 5

**UNITED STATES DEPARTMENT OF COMMERCE**
**International Trade Administration**
Washington, DC  20230

June 5, 2018

Mr. David M. Yanofsky
Quartz
613 Foothill Road
Beverly Hills, California  90210

RE:  No. 16-cv-00951 (D.D.C.) and DOC-ITA-2016-000872

Dear Mr. Yanofsky:

This letter is regarding your Freedom of Information Act (FOIA) request to the International Trade Administration (ITA), dated February 26, 2016. The request sought copies of the I-92 and I-94 Data Files from 2011 through 2015, along with the accompanying technical documentation.

With regard to the records sought in your FOIA request, this letter is in response to the remand of the United States District Court for the District of Columbia in your case No. 16-cv-00951 (D.D.C.).

ITA has located 40 Excel spreadsheet files responsive to your request and is releasing them to you in full.  These records will be sent to you in a message to follow, via Accellion file sharing. Processing fees associated with your request have been discretionarily waived, given the posture of the request.

ITA has also located potentially responsive disks of data that originated with U.S. Customs and Border Protection (CBP). Per your counsel's email dated May 24, 2018, these records are being referred to CBP for a disclosure determination and direct response to you.

If you have any questions or concerns or would like to discuss any aspect of your request, you may contact me as ITA's FOIA Public Liaison:

> Victor Powers
> Acting FOIA Officer
> International Trade Administration
> 1401 Constitution Avenue, NW
> Washington DC  20230
> (202) 482-5436; foia@trade.gov



Thank you for your interest in the International Trade Administration.

Sincerely,

Victor E. Powers
Director
Management Operations
Office of the Chief Financial and
Administrative Officer

# Exhibit 6

**UNITED STATES DEPARTMENT OF COMMERCE**
**International Trade Administration**
Washington, DC  20230

June 20, 2018

**MEMORANDUM FOR:**   Patrick A. Howard
Branch Chief, FOIA Division
Privacy and Diversity Office
Office of the Commissioner
U.S. Customs and Border Protection (CBP)

**FROM:**   Victor Powers, Acting FOIA Officer
International Trade Administration (ITA)
U.S. Department of Commerce

**SUBJECT:**   Referral for FOIA Request # DOC-ITA-2016-000872 / No. 16-cv-00951 (D.D.C.)

In processing the above referenced Freedom of Information Act request on remand from the United States District Court for the District of Columbia (No. 16-cv-00951 (D.D.C.)), ITA has located records that originated with your agency. ITA requests that CBP review the material and reply directly to the requester. The data consists of original CDs (containing DHS data) sent by CBP to the DOC/ITA National Travel and Tourism Office.

The applicable data will be sent by mail, under separate cover, from ITA's contractor, CIC Research, Inc. This package will reference case number DOC-ITA-2016-000872.

You may contact the ITA FOIA Office at 202-482-5436 or foia@trade.gov for any further assistance and to discuss any aspect of this referral.

# Exhibit 7

FOIAonline

Dashboards

Case File Details

Actions

Reopen Case

Create New

Other

Search FOIAonline...   Go!

Home   Search ▾   Reports ▾   Administration ▾   Mayank ▾

## DOC-ITA-2016-000872 Request Details

Case Phase: Closed   Case Status: Closed   Due Date: 04/26/2016   Clock Days: 525   **Backlogged**

| Submission Details | Case File ▾ | Admin Costs | Assigned Tasks (0) | Comments (3) | Review |

### Requester Information

Expand ◀ | Collapse

### Case Responsive Records

Collapse

**Publish Options:**
UU - Unredacted - Unreleaseable
RU - Redacted - Unreleaseable

UR - Unredacted - Releaseable to the General Public
RR - Redacted - Releaseable to the General Public
REQ - Release to Requester Only

Showing 0 to 0 of 0 entries       Show   25 ▾   entries

| Release Type | Title | User | Date/Time | Exemptions | Release Date | Action | Detail |
|---|---|---|---|---|---|---|---|

No records have been uploaded.

Previous | Next

### Referred & Consulted Records

Collapse

Showing 1 to 2 of 2 entries       Show   25   entries

Filter

| Tracking Number | Type | Record Title | Created By |
|---|---|---|---|
| CBP-2016-069876 | Referral | Referral Memo 6-20-18 | Cristina Abello |
| CBP-2016-069878 | Referral | DOC-ITA-2016-000872 Referral Memo | Mayank Bishnoi |

Copy to Clipboard   Export to CSV

Previous | 1 | Next

Help Desk (8:00 am - 6:00 pm ET, M-F)
Glossary     |
Email Support     |

Toll-Free: (844) 238-7744
FAQs     |
Privacy and Security Notice

Local: (970) 494-5506
About
Resources     |     Accessibility Statement

# Exhibit 8

**UNITED STATES DEPARTMENT OF COMMERCE**
**International Trade Administration**
Washington, DC  20230

December 14, 2018

**MEMORANDUM FOR:**   Patrick A. Howard
Branch Chief, FOIA Division
Privacy and Diversity Office
Office of the Commissioner
U.S. Customs and Border Protection (CBP)

**FROM:**   Victor E. Powers, Acting FOIA Officer
International Trade Administration (ITA)
U.S. Department of Commerce

**SUBJECT:**   Referral for FOIA Request # DOC-ITA-2016-000872 (Yanofsky)
No. 16-cv-00951 (D.D.C.)

In processing the above referenced Freedom of Information Act request on remand from the
United States District Court for the District of Columbia (No. 16-cv-00951 (D.D.C.)), ITA has
located records that originated with your agency. ITA requests that CBP review the material and
reply directly to the requester. The requester (David Yanofsky), a journalist employed by Quartz,
requests the following:

> Access to and copies of Air arrivals I-94 Annual Datafile from 2015, 2014, 2013, 2012,
> and 2011 and its associated technical documentation.  Mr. Yanofsky also requests access
> to and copies of U.S. International Air Travel Statistics Report (APIS/I-92) Datafiles for
> 2015, 2014, 2013, 2012, and 2011 and its associated technical documentation.
> Mr. Yanofsky would like to receive the requested records in electronic format.

> **Note:** This referral is for the I-92 (DHS data) not physically returned to you by ITA.

ITA made an initial referral to your office on June 20, 2018 regarding I-94 data that originated
from CBP.  Subsequently, we sent original CDs (containing DHS data) by mail completed on
July 5, 2018. The DOC/ITA National Travel and Tourism Office processes the data that we
receive from CBP and report on a subset of those records which we have provided to the
requester.  However, Mr. Yanofsky is seeking the underlying data that originates from CBP.

As the I-94 and I-92 datafiles originate from CBP, sent to the DOC/ITA National Travel and Tourism Office, we are referring this FOIA for appropriate action and direct response to the requester.

You may contact the ITA FOIA Office at 202-482-5436 or foia@trade.gov for any further assistance and to discuss any aspect of this referral.

# Exhibit 9

**Bogomolny, Michael (Federal)**

| | |
|---|---|
| **From:** | Mayank Bishnoi <Mayank.Bishnoi@trade.gov> |
| **Sent:** | Thursday, December 20, 2018 11:27 AM |
| **To:** | brianna.l.moore@cbp.dhs.gov |
| **Cc:** | Powers, Victor |
| **Subject:** | CBP-2016-069878 FOIA Referral |
| **Attachments:** | DOC-ITA-2016-000872 Referral Memo.pdf |

Brianna,

Per our telephone conversation today, you confirmed that CBP has received the attached referral letter sent by ITA via FOIAOnline on December 14, 2018.

Thanks,
Mayank

**Mayank Bishnoi, Esq.**
Panum Group, LLC., Contractor to
International Trade Administration | U.S. Department of Commerce
1401 Constitution Avenue NW, Washington DC 20230
(202) 482-5413

# Appendices I-III

**Appendix I**

**The U.S. International Air Traveler Program:**
**Standardized Reports and Customized Data Files**

*I.*     *Standardized Reports*

NTTO sells Standardized Reports of U.S. International Air Traveler Program data
comprised of a set of one of each of the seven tables listed below in monthly, quarterly and
annual reports. The seven tables are as follows:

1. Table Ia – Passenger Travel to the U.S. from Foreign Countries (distribution by
   scheduled and chartered operations – U.S. arrivals)

2. Table Id – Passenger Travel from U.S. to Foreign Countries (distribution by scheduled
   and charted operations – U.S. Departures)

3. Table IIa – Passenger travel to the U.S. from foreign countries (distribution by U.S. and
   Foreign Flag carriers – U.S. arrivals)

4. Table IId – Passenger Travel from U.S. to Foreign Countries (distribution by U.S. and
   Foreign Flag carriers – U.S. Departure)

5. Table IIIa – Passenger Travel to U.S. ports from Foreign Country ports - U.S. arrivals
   (Commercial Traffic)-segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter

6. Table IIId – Travel from U.S. Ports to Foreign Country Ports – U.S. Departures
   (Commercial Traffic) segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter

7. Table IV – Passenger travel between U.S. and Foreign Countries by country/flag of
   carrier selected statistics (commercial traffic)

Prices for Standardized Reports sold by NTTO in 2015 are listed in the chart below, and are
available on NTTO's website.  Each report contains the seven charts listed above, with respect to
the relevant time-period.

| Type of Report | Single Report | Annual Price |
|---|---|---|
| Monthly reports (print file pdf) | $170 | $1900 for 12 monthly reports |
| Monthly reports (both print pdf & excel) | $250 | $2840 for 12 monthly print and 12 monthly excel reports |
| Quarterly reports (print file pdf) | $455 | $1710 for four quarterly reports |

| Quarterly reports (both print pdf & excel) | $675 | $2560 for four quarterly print and four quarterly excel reports |
| Annual report (print file pdf) | | $1330 for one annual print file report |
| Annual report (print file pdf & excel) | | $1990 for one annual print file report and one annual excel report |

## II.   *Customized Data Files*

Prices for Customized Data Files sold by NTTO in 2015 are listed in the chart below, and are available on NTTO's website.

| Customized, processed data files for internal use by purchaser | 12 monthly reports | $23,745 |
| Customized, processed data files intended for resale by purchaser | | Contact NTTO to discuss request and for price |

**Appendix II**

**The Visitor Arrivals Program:**
**Standardized Reports, Customized Reports, and Customized Data Files**

*I.   Standardized Reports*

Prices for Standardized Reports sold by NTTO in 2015 are listed in the chart below and are available on NTTO's website.

| 2015 Publications | Annual Price |
|---|---|
| Monthly[1] Subscription (PDF) | $1,150.00 |
| Monthly[1] Subscription (PDF & Excel) | $2,020.00 |
| Quarterly[2] Subscription (PDF) | $960.00 |
| Quarterly[2] Subscription (PDF & Excel) | $1,770.00 |
| Annual[3] Issue (PDF) | $690.00 |
| Annual[3] Issue (PDF & Excel) | $1,220.00 |
| **Combined 2014 & 2015** | |
| Monthly[1] Subscription (PDF) | $1,740.00 |
| Monthly[1] Subscription (PDF & Excel) | $3,070.00 |
| Quarterly[2] Subscription (PDF) | $1,450.00 |
| Quarterly[2] Subscription (PDF & Excel) | $2,610.00 |
| Annual[3] Issue (PDF) | $940.00 |
| Annual[3] Issue (PDF & Excel) | $1,650.00 |

[1] Monthly subscription provides twelve monthly reports-the current month and year-to-date.
[2] Quarterly subscription provides a series of four publications (March, June, September and December) which highlight the month and year-to-date.
[3] Annual report provides one report with the December and final annual visitor arrival figures.

## II.   *Customized Reports*

Prices for Customized Reports sold by NTTO in 2015 are listed in the chart below, and are available on NTTO's website.

| 2015 Custom Reports | Price |
|---|---|
| Available in PDF, Excel, and Adobe Format | Call NTTO's Contractor for Quote |

## III.   *Customized Data Files*

Prices for Customized Data Files sold by NTTO in 2015 are listed in the chart below, and are available on NTTO's website.

| 2015 | Prices |
|---|---|
| Annual Datafile | $13,820.00 |
| Quarterly Datafile | $15,510.00 |

## Appendix III

## Documents That NTTO Sent Plaintiff on June 5, 2018

### I.      *U.S. International Air Traveler Statistics Program (I-92 Data) (35 Excel Files)*

| Year | Table |
|------|-------|
| 2011 | Table Ia – Passenger Travel to the U.S. from Foreign Countries (distribution by scheduled and chartered operations – U.S. arrivals) |
|      | Table Id – Passenger Travel from U.S. to Foreign Countries (distribution by scheduled and charted operations – U.S. Departures) |
|      | Table IIa – Passenger travel to the U.S. from foreign countries (distribution by U.S. and Foreign Flag carriers – U.S. arrivals) |
|      | Table IId – Passenger Travel from U.S. to Foreign Countries (distribution by U.S. and Foreign Flag carriers – U.S. Departure) |
|      | Table IIIa – Passenger Travel to U.S. ports from Foreign Country ports - U.S. arrivals (Commercial Traffic)-segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
|      | Table IIId – Travel from U.S. Ports to Foreign Country Ports – U.S. Departures (Commercial Traffic) segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
|      | Table IV – Passenger travel between U.S. and Foreign Countries by country/flag of carrier selected statistics (commercial traffic) |
| 2012 | Table Ia – Passenger Travel to the U.S. from Foreign Countries (distribution by scheduled and chartered operations – U.S. arrivals) |
|      | Table Id – Passenger Travel from U.S. to Foreign Countries (distribution by scheduled and charted operations – U.S. Departures) |
|      | Table IIa – Passenger travel to the U.S. from foreign countries (distribution by U.S. and Foreign Flag carriers – U.S. arrivals) |
|      | Table IId – Passenger Travel from U.S. to Foreign Countries (distribution by U.S. and Foreign Flag carriers – U.S. Departure) |
|      | Table IIIa – Passenger Travel to U.S. ports from Foreign Country ports - U.S. arrivals (Commercial Traffic)-segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
|      | Table IIId – Travel from U.S. Ports to Foreign Country Ports – U.S. Departures (Commercial Traffic) segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |

| | |
|---|---|
| | Table IV – Passenger travel between U.S. and Foreign Countries by country/flag of carrier selected statistics (commercial traffic) |
| 2013 | Table Ia – Passenger Travel to the U.S. from Foreign Countries (distribution by scheduled and chartered operations – U.S. arrivals) |
| | Table Id – Passenger Travel from U.S. to Foreign Countries (distribution by scheduled and charted operations – U.S. Departures) |
| | Table IIa – Passenger travel to the U.S. from foreign countries (distribution by U.S. and Foreign Flag carriers – U.S. arrivals) |
| | Table IId – Passenger Travel from U.S. to Foreign Countries (distribution by U.S. and Foreign Flag carriers – U.S. Departure) |
| | Table IIIa – Passenger Travel to U.S. ports from Foreign Country ports - U.S. arrivals (Commercial Traffic)-segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
| | Table IIId – Travel from U.S. Ports to Foreign Country Ports – U.S. Departures (Commercial Traffic) segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
| | Table IV – Passenger travel between U.S. and Foreign Countries by country/flag of carrier selected statistics (commercial traffic) |
| 2014 | Table Ia – Passenger Travel to the U.S. from Foreign Countries (distribution by scheduled and chartered operations – U.S. arrivals) |
| | Table Id – Passenger Travel from U.S. to Foreign Countries (distribution by scheduled and charted operations – U.S. Departures) |
| | Table IIa – Passenger travel to the U.S. from foreign countries (distribution by U.S. and Foreign Flag carriers – U.S. arrivals) |
| | Table IId – Passenger Travel from U.S. to Foreign Countries (distribution by U.S. and Foreign Flag carriers – U.S. Departure) |
| | Table IIIa – Passenger Travel to U.S. ports from Foreign Country ports - U.S. arrivals (Commercial Traffic)-segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
| | Table IIId – Travel from U.S. Ports to Foreign Country Ports – U.S. Departures (Commercial Traffic) segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
| | Table IV – Passenger travel between U.S. and Foreign Countries by country/flag of carrier selected statistics (commercial traffic) |
| 2015 | Table Ia – Passenger Travel to the U.S. from Foreign Countries (distribution by scheduled and chartered operations – U.S. arrivals) |

| |
|---|
| Table Id – Passenger Travel from U.S. to Foreign Countries (distribution by scheduled and charted operations – U.S. Departures) |
| Table IIa – Passenger travel to the U.S. from foreign countries (distribution by U.S. and Foreign Flag carriers – U.S. arrivals) |
| Table IId – Passenger Travel from U.S. to Foreign Countries (distribution by U.S. and Foreign Flag carriers – U.S. Departure) |
| Table IIIa – Passenger Travel to U.S. ports from Foreign Country ports - U.S. arrivals (Commercial Traffic)-segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
| Table IIId – Travel from U.S. Ports to Foreign Country Ports – U.S. Departures (Commercial Traffic) segmented by U.S. Citizens/Aliens, Airline Flag, Schedule/Charter |
| Table IV – Passenger travel between U.S. and Foreign Countries by country/flag of carrier selected statistics (commercial traffic) |

## II.   *Visitor Arrivals Program (I-94 Data) (5 Excel Files)*

| Year | Description |
|---|---|
| 2011 | Annual report tables on international travel to the U.S. meeting international definitions for travel and tourism (containing quarterly and annual data) |
| 2012 | Annual report tables on international travel to the U.S. meeting international definitions for travel and tourism (containing quarterly and annual data) |
| 2013 | Annual report tables on international travel to the U.S. meeting international definitions for travel and tourism (containing quarterly and annual data) |
| 2014 | Annual report tables on international travel to the U.S. meeting international definitions for travel and tourism (containing quarterly and annual data) |
| 2015 | Annual report tables on international travel to the U.S. meeting international definitions for travel and tourism (containing quarterly and annual data) |