IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**<br><br>   Plaintiff,<br><br>   v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**<br><br>   Defendant. | Civil Action No. 19-2290 (KBJ) |

## PLAINTIFF'S RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, and in accordance with the Minute Order entered by this Court on November 6, 2020, Plaintiff David Yanofsky respectfully moves the Court for summary judgment in his favor and against the United States Department of Commerce ("DOC" or "Defendant") as to its unlawful withholding of records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

In support of this Motion and in opposition to the Motion for Summary Judgment filed by Defendant, Plaintiff submits the following: (1) Memorandum of Law; (2) Combined Statement of Material Facts as to Which there is No Genuine Issue and Response to Defendants' Statement of Material Facts; and (3) a proposed order.  This Motion is based on the concurrently filed Memorandum of Law, all pleadings, records, and files in the above-captioned case, and on such argument as may be presented by counsel at any hearing on the parties' cross-motions for summary judgment.

Plaintiff respectfully requests an oral hearing on his Motion pursuant to Local Rules 7(f) and 78.1 at a date and time convenient for the Court.

Dated: January 15, 2021                    Respectfully Submitted,

*/s/ Katie Townsend*
Katie Townsend, DC Bar No. 1026115
Adam A. Marshall, DC Bar No. 1029423
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org

*Counsel for Plaintiff*