# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**<br><br>　　　　Defendant. | Civil Action No. 19-2290 (KBJ) |

## [PROPOSED] ORDER

Upon consideration of the Renewed Motion for Summary Judgment filed by Defendant the United States Department of Commerce ("Defendant") and the Renewed Cross-Motion for Summary Judgment filed by Plaintiff David Yanofsky ("Plaintiff"), the memoranda of law, statements of material fact to which there is no genuine issue, and supporting declarations and exhibits filed therewith, as well as all oppositions and responses thereto, and the entire record in this case, it is **HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment is **DENIED**; and

2. Plaintiff's Motion for Summary Judgment is **GRANTED**; and

3. Defendant shall provide Plaintiff copies of the records responsive to his FOIA—the I-92 Database for 2011–2015 and the I-94 Databases for 2011–2015—within seven days of the date of this order.

**SO ORDERED** this ___ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KETANJI BROWN JACKSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 15, 2021

Respectfully Submitted,

*/s/ Katie Townsend*
Katie Townsend, DC Bar No. 1026115
Adam A. Marshall, DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org

*Counsel for Plaintiff*