**YANOFSKY V. DEPARTMENT OF COMMERCE, CIV. A. NO. 19-2290 (KBJ)**
**EXHIBIT LIST – RENEWED MOTION FOR SUMMARY JUDGMENT**

| Exh. | | Description |
|---|---|---|
| A | | First Declaration of Isabel Hill[1] |
| | 1 | CBP-ITA 2002 Memorandum of Understanding ("MOU") |
| | 2 | Sept 2018 email re MOU |
| | 3 | US Intl Air Travel Stats Program 2015 fees |
| | 4 | Visitor Arrivals Program 2015 fees |
| | 5 | Cover Letter to FOIA Response Production of June 5, 2018 |
| | 6 | Referral from ITA to CBP for the I-94 Data |
| | 7 | DOC-ITA-2016-000872 FOIAOnline Referral |
| | 8 | DOC-ITA-2016-000872 Referral Memo |
| | 9 | CBP Referral: CBP-2016-069878 |
| | | Appendices I-III |
| B | | Third Declaration of Isabel Hill (Director of NTTO) |
| C | | Declaration of Jeffrey Hall |
| D | | Declaration of Warren Hull (CIC Research) |
| E | | Plaintiff's FOIA Request<br>- Attachment A: March 2015 FOIA Request & Request for Fee Waiver<br>- Attachment B: June 2015 Response to March 2015 Request<br>- Attachment C: July 2015 Appeal of June 2015 FOIA Response<br>- Attachment D: November 2015 Response to July 2015 Appeal<br>- Attachment E: December 2015 Request for Reconsideration |
| F | | September 16, 2019 Meet-and-Confer Email from Plaintiff |
| G | | September 19, 2019 Meet-and-Confer Email from Defendant |
| H | | Declaration of David Huether |
| | 1 | CBP-ITA 2002 Memorandum of Understanding ("MOU") |
| | 2 | CBP-ITA 2020 Memorandum of Agreement ("MOA") |
| | 3 | 2010 Interconnection Security Agreement regarding I-92 Data |
| | 4 | 2014 Interconnection Security Agreement regarding I-92 Data |
| | 5 | 2019 Interconnection Security Agreement regarding I-94 Data |
| | 6 | 2020 Interconnection Security Agreement regarding I-92 Data |
| | 7 | Chart Reflecting DHS/CBP Data Share Agreement with NTTO |

---

[1] This declaration was originally filed as an exhibit to Defendant's Motion for Summary Judgment [ECF No. 17] filed on February 18, 2020.

**YANOFSKY V. DEPARTMENT OF COMMERCE, CIV. A. NO. 19-2290 (KBJ)**
**EXHIBIT LIST – RENEWED MOTION FOR SUMMARY JUDGMENT**

| I | | Declaration of Victor Powers |
|---|---|---|
| | 1 | Plaintiff's March 10, 2015 FOIA Request |
| | 2 | Plaintiff's November 25, 2015 FOIA Request |
| | 3 | Plaintiff's November 30, 2015 FOIA Request |
| | 4 | Plaintiff's February 26, 2016 FOIA Request (without attachments) |
| | 5 | Cover Letter to June 5, 2018, Response to 2016 FOIA Request |
| | 6 | Plaintiff's August 6, 2020 FOIA Request |
| | 7 | Correspondence of December 2020 related to August 2020 FOIA Request |
| | 8 | February 2011 FOIA Response to August 6, 2020, Letter |
| J | | Second Declaration of Isabel Hill[2] |

---

[2] This declaration was originally filed as an exhibit to Defendant's Opposition to Plaintiff's Cross Motion [ECF No 20-2] filed on February 19, 2020.