# Exhibit G



# Meet and Confer for Yanofsky v. DOC, No. 19-cv-02290

**Sroka, Scott (USADC)** <Scott.Sroka@usdoj.gov>  Thu, Sep 19, 2019 at 1:30 PM
To: Adam Marshall <amarshall@rcfp.org>
Cc: Katie Townsend <ktownsend@rcfp.org>

This schedule is fine, and we would be agreeable to signing on to a very short JSR setting forth the briefing schedule.

Offline, and in response to your earlier e-mail, it is our understanding that you are seeking an electronic copy of the databases used to create I-92 and I-94 reports, and DOC believes that its non-production of those databases is proper under FOIA. However, we are not interested in having this argument in the JSR and we can each fully set forth our arguments in our briefings.

We would like for us to agree in the JSR that the databases are the only documents at issue, and that our briefing can be limited appropriately.

[Quoted text hidden]